**Dismissed and Opinion Filed August 30, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00433-CV

**MARY L. TYLER, Appellant**
**V.**
**TRI CITY ANIMAL SHELTER AND CITY OF CEDAR HILL, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-13175**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Partida-Kipness

We questioned our jurisdiction over this appeal from the trial court's November 3, 2023 order granting appellees' plea to the jurisdiction as it did not appear to have been timely filed. *See Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). Because no motion for new trial or request for findings of fact and conclusions of law was filed, the notice of appeal was due December 4, 2023, or with an extension motion, December 19, 2023. *See* TEX. R. APP. P. 4.1, 26.1, 26.3. The notice of appeal was not filed, however, until April 10, 2024.

At our request, the parties filed jurisdictional letter briefs. Appellant's letter brief does not demonstrate we have jurisdiction. Accordingly, we dismiss the appeal. *See id.* 42.3(a); *Brashear*, 302 S.W.3d at 545.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

240433F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARY L. TYLER, Appellant

No. 05-24-00433-CV      V.

TRI CITY ANIMAL SHELTER,
AND CITY OF CEDAR HILL,
Appellees

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-13175.
Opinion delivered by Justice Partida-
Kipness, Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 30th day of August 2024.